**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEPHANIE L. DIAZ,

                Plaintiff,                21 **CIVIL** 200 (KMK) (PED)

      -v-                                     **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 9, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Plaintiff will be afforded the opportunity to attend an administrative hearing.

**Dated:**  New York, New York
          February 9, 2022

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                     **BY:** _____
                                                      **Deputy Clerk**